

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-MJ-3089 |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148(B) |
| Jorge Sanchez | |
| Defendant. | (Alleged Violation Of Conditions Of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge William Q. Hayes, S.D. Cal., and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )    that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

| | | | |
|---|---|---|---|
| 1 | (B) | ( ) | that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: |

```
(B) ( )   that there is clear and convincing evidence that the defendant
          has violated any other condition of release, specifically the
          following:
          _____
          _____
          _____
                              ~~and~~
(2)
    (A) (X)   that based on the factors set forth in 18 U.S.C. § 3142(g), there
              is no condition or combination of conditions of release that will
              assure that the defendant will not ~~flee or~~ pose a danger to the
              safety of ~~any other person or the community~~ ⌃himself; or
    (B) ( )   that the defendant is unlikely to abide by any condition or
              combination of conditions of release;
                    and/or, in the event of (1)(A)
(3) ( )   that the defendant has not rebutted the presumption that no condition
          or combination of conditions will assure that the person will not pose a
          danger to the safety of any other person or the community;
                                  or
(4) ( )   that there are conditions of release that will assure that the defendant
          will not flee or pose a danger to the safety of any other person or the
          community, and that the defendant will abide by such conditions. See
          separate order setting conditions;
    ( )   This Order shall be stayed for 72 hours in order to allow the
          Government to seek review from the [assigned District Judge]
          [criminal duty District Judge];
                                  or
```

C.

[X] IT IS ORDERED that the defendant be detained prior to ~~trial~~ the revocation hearing before Judge Hayes, S.D.Cal.

Dated: 12/7/2017

*(signed)*
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE